Brent R. Phillips (SBN 235753)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Third Party Defendants ELITE ONE PLUS, INC.; 800 CAPITAL, INC.; SHABAB TAREH; ALLAN BUENAFE

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

KEVIN LEMIEUX, individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

LENDER PROCESSING CENTER and HIGHTECHLENDING, INC.,

Defendants.

---

HIGHTECHLENDING, INC., a California corporation,

Third Party Plaintiff,

vs.

ELITE ONE PLUS, INC., a California corporation; 800 CAPITAL, INC., a California corporation; SHABAB TAREH, an individual; AMIR MONTAZERAN, an individual; and ALLAN BUENAFE, an individual; and DOES 1-10,

Third Party Defendants.

**Case No.:** 16-cv-01850 BAS DHB

**THIRD-PARTY DEFENDANT ELITE ONE PLUS, INC.'S, THIRD-PARTY DEFENDANT 800 CAPITAL, INC.'S, THIRD-DEFENDANT ALLAN BUENAFE'S AND THIRD-PARTY SHABAB TAREH'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**<u>Hearing Schedule</u>**

**Date:** November 27, 2017
**Courtroom:** 4B
**Judge:** Hon. Cynthia Bashant

**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**

**[Memorandum of Points and Authorities; and Request for Judicial Notice Filed Herewith]**

**[Fed. R. Civ. P. 12(c)]**

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 27, 2017, or as soon thereafter as this Motion may be heard, in Courtroom 4B of the above-entitled Court, located in the United States Courthouse at 221 West Broadway, San Diego, CA 92101 Third-Party Defendant ELITE ONE PLUS, INC., Third-Party Defendant 800 CAPITAL, INC., Third-Party Defendant SHABAB TAREH, and Third-Party Defendant ALLAN BUENAFE (collectively "Third-Party Defendants") will move, pursuant to Federal Rule of Civil Procedure 12(c), for judgment on the pleadings on Defendant/Third-Party Plaintiff HIGHTECHLENDING, INC.'S ("Hightech") Third-Party Complaint alleging causes of action for (1) Equitable Indemnity; (2) Contribution; (3) Breach of Contract and, (4) Declaratory Relief for failure to state a claim against Third-Party Defendants upon which relief can be granted based on Third-Party Defendants alleged violation of the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. § 227.[1]

Hightech has failed to state a claim upon which relief can be granted for its causes of action for Equitable Indemnity, Contribution, Breach of Contract, and Declaratory Relief on the following grounds:

- The United States Supreme Court and the Ninth Circuit have addressed Hightech's right to assert third-party claims for contribution, and indemnity on several occasions based on facts that are indistinguishable to those before this Court. Both the Supreme Court and the Ninth Circuit have held that Hightech has no right of contribution or indemnity against Third-Party Defendants regardless of the theory upon which the claims are alleged. It is well-settled that there is no federal right of action for indemnity or contribution exists among joint tortfeasors or co-conspirators for violations of a federal statute. A federal right of action for contribution or indemnity can arise in only two ways: (1) Through the affirmative

[1]Hightech's cause of action for breach of contract is based on a claim for implied contractual indemnity. Hightech's cause of action for declaratory relief merely restating its cause of action for indemnity and requests a judicial determination that Third-Party Defendants have a duty to indemnify Hightech. Hightech did not allege a cause of action for breach of contract against Third-Party Defendant Allan Buenafe or Third-Party Defendant Shabab Tareh.

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

creation of the right of action for contribution or indemnity by Congress, either expressly in the statute or by clear implication; or, (2) Through the power of the federal courts to fashion federal common law.

- Congress did not expressly or by clear implication provided in the TCPA for a right of contribution or indemnity in favor of a defendant sued for violation of the TCPA.
- The Supreme Court has limited the power of federal courts to create common law to two categories: (1) Areas where a federal rule of decision is necessary to protect a uniquely federal interest such as controversies between the states, admiralty matters, or foreign relations; or, (2) Where Congress has given authority to the courts in the statute to develop substantive law. As the Ninth Circuit has stated, the right to recover from another wrongdoer for violations of a federal statute based on contribution and indemnity do not implicate a unique federal interest. Nor has Congress given authority in the TCPA to the courts to develop substantive law under the TCPA.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and Request to Take Judicial Notice filed herewith, all documents on file with the Court, and such other argument that may be presented at a hearing on this Motion.

This motion is made following the conference of counsel pursuant to the Court's Standing Order which took place on October 13, 2017.

PHILLIPS LAW CORPORATION

DATED: October 23, 2017

By: ______________________
BRENT R. PHILLIPS
Attorneys for Third-Party Defendants
ELITE ONE PLUS, INC.; 800 CAPITAL, INC.; SHABAB TAREH; ALLAN BUENAFE

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PHILLIPS LAW CORPORATION, 801 Parkcenter Drive, Suite 801, Santa Ana, California 92705.

On October 23, 2017, I served by electronic service through the United States District Court for the Southern District of California's CM/ECF electronic filing system to the following parties:

| | |
|---|---|
| Michael A. Hellbusch, Esq.<br>Shannon Marie Jenkins, Esq.<br>TREDWAY, LUMSDAINE, & DOYLE, LLP<br>2010 Main Street, Suite 1000<br>Irvine, CA 92614<br>Tel: (949) 756-0684 | **Attorneys for Defendant/Third Party Plaintiff HIGHTECHLENDING, INC.** |
| Todd M. Friedman, Esq.<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>Woodland Hills, CA 91367<br>Tel: (877) 206-4741 | **Attorneys for Plaintiff KEVIN LEMIEUX** |

the following document(s) listed below:

**THIRD-PARTY DEFENDANT ELITE ONE PLUS, INC.'S, THIRD-PARTY DEFENDANT 800 CAPITAL, INC.'S, THIRD-DEFENDANT ALLAN BUENAFE'S AND THIRD-PARTY SHABAB TAREH'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on October 23, 2017, at Santa Ana, California.

Brent R. Phillips