Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **LENDER PROCESSING CENTER; AND HIGHTECHLENDING, INC;** <br><br> Defendant. | Case No. **3:16-cv-01850-BAS-DHB** <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 22nd Day of November, 2017,

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney for Plaintiff


By: s/ *Michael Allen Hellbusch*
Michael Allen Hellbusch

Attorney for Defendant

Filed electronically on this 22nd Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Cynthia Bashant
United States District Court
Northern District of California

And all counsel registered on ECF.

This 22nd Day of November, 2017.

s/Todd M. Friedman.
Todd M. Friedman.